## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the TARGET ACCOUNT:

Gerald Drake, with Google user account:

729181418986   (TARGET ACCOUNT)

For ~~09/01/2017 through 12/11/2018~~ 9/1/2017 through 11/30/2017, and 6/1/2018 through 12/11/2018, including the associated location data, which is stored at premises owned, maintained, controlled, or operated by Google, Inc., 1600 Amphitheater Parkway, Mountain View, California 94043.

## ATTACHMENT B

**I.   Information to be Disclosed by Google**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google Inc. ("Google"), including location information or records, files, logs, or information that have been deleted but are still available to Google containing location information, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Google is required to disclose the following information to the government for each user ID listed in Attachment A, ~~from 09/01/2017 through 12/11/2018~~ from 9/1/2017 through 11/30/2017, and 6/1/2018 through 12/11/2018, **including but not limited to:**

(a) All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, Google passwords, Google security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

(b) All activity logs for the account and all other documents showing the user's posts and other Google activities;

(c) All history of websites visited;

(d) All Location data including GPS, Cellular, WiFi, or other in the custody or control of Google.

(e) All "check ins" and other location information;

(f) All IP logs, including all records of the IP addresses that logged into the account[1];

---

[1] "Logged-in" means to access the account using authentication credentials (*e.g.,* passwords, PINS, *etc.*), not merely view the account from a different Facebook User ID account or publicly via the Internet.

(g)   The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

## II.   Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations 18 U.S.C. § 876(c) and 18 U.S.C. § 2332a(a), involving GERALD DRAKE, from 9/1/2017 through 11/30/2017, and 6/1/2018 through 12/11/2018, including, for the User ID identified on Attachment A, information pertaining to the following matters:

(a)   Any postings or comments, photographs, or correspondence relating to violations of 18 U.S.C. § 876(c) and 18 U.S.C. § 2332a(a), or to aid and abet in or conspiracy to do so;

(b)   Evidence indicating how and when the Google account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Google account owner;

(c)   Evidence indicating the Google account owner's state of mind as it relates to the crime under investigation;

(d)   The identity of the person(s) who created, used, or communicated with the user ID regarding the matters described above in Paragraphs II(a) and II(b) above, including records that help reveal their whereabouts.